No. 74–1023. KERR ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari granted. 

No. 74–1245. LIBERTY MUTUAL INSURANCE Co. *v.* WETZEL ET AL. C. A. 3d Cir. Certiorari granted. 

No. 74–1269. BARRY, COMMISSIONER, SUFFOLK COUNTY POLICE DEPARTMENT *v.* DWEN. C. A. 2d Cir. Certiorari granted. 

No. 74–768. BROWN *v.* GENERAL SERVICES ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari granted. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 74–1141. UNITED STATES *v.* GADDIS ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. :

No. 74–1216. RISTAINO ET AL. *v.* ROSS. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 74–991. COSTANZA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 74–1019. GARGOTTO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 74–1054. CREWS ET AL. *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.